UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

M.M. FARRAKHAN

                Plaintiff,

      v.                                                   9:03-CV-0928
                                                           (DRH)

J. BURGE, Superintendent; M.L. BRADT, Deputy
Superintendent of Security; C. GUMMERSON, Captain;
WITHER, Sgt.; R. HEWIT, Correctional Officer

                Defendants.

---

APPEARANCES:                              OF COUNSEL:

FOR THE PLAINTIFF:

| | |
|---|---|
| M.M. FARRAKHAN | SAMUEL C. YOUNG |
| Plaintiff, *pro se* | Costello, Cooney Law Firm - Syracuse |
| 87-A-3610 |   Office |
| Upstate Correctional Facility | 205 South Salina Street |
| P.O. Box 2001 | 4th Floor |
| Malone, NY  12953 | Syracuse, NY 13202 |

FOR THE DEFENDANTS:

| | |
|---|---|
| HON. ANDREW M. CUOMO | ED. J. THOMPSON, ESQ. |
| Attorney General of the | Assistant Attorney General |
|   State of New York | |
| Department of Law | |
| The Capitol | |
| Albany, New York   12224 | |

DAVID R. HOMER, U.S. MAGISTRATE JUDGE

## ORDER

    At the conclusion of a jury trial, this Court entered Judgment in favor of defendants

Burge, Bradt, Gunnerson, and Hewit and dismissed the complaint filed by plaintiff M.M.

Farrakhan in its entirety.[1]  *See* Dkt. No. 75.  Plaintiff has appealed the Judgment filed December 8, 2006 to the Second Circuit Court of Appeals.  *See* Dkt. No. 76.

Presently before the Court is plaintiff's request to proceed *in forma pauperis* during the appeal of his case.  *See* Dkt. No. 80.

Because this Court previously granted plaintiff's *in forma pauperis* application (*see* Dkt. No. 4), and has not revoked same, the previous grant of that status continues and the instant application is denied as moot.[2]

WHEREFORE, it is hereby

ORDERED, that plaintiff's request to proceed with the appeal of this matter *in forma pauperis* (Dkt. No. 80) is denied as moot, and it is further

ORDERED, that the Clerk serve a copy of this Order on the parties.

IT IS SO ORDERED.

DATED: February 15, 2007
       Albany, New York

*David R. Homer*
United States Magistrate Judge

---

[1] This Judgment was filed on December 8, 2006.  *See* Dkt. No. 75.  On December 7, 2006, this Court granted defendant Wither's motion for Judgment as a Matter of Law and dismissed plaintiff's complaint as to him.  *See* Dkt. No. 67.

[2] Neither this ruling nor the prior granting of plaintiff's application to proceed *in forma pauperis* in any way prevents the Second Circuit from collecting the fees due it in light of the Prison Litigation Reform Act.  *See* Pub.L. No. 104-134, 110 Stat. 1321.